B. G. Antun, Inc., Respondent, v. Bee Line, Inc., Appellant.— Judgment of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

Walter A. Ardery, Appellant, v. Margaret A. Ardery, Respondent.— Order denying plaintiff's motion for modification of order awarding alimony *pendente lite* affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

Gisella Biro, Respondent, v. Salvatore Lembo, Defendant, and Palc Holding & Developing Co., Inc., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

Karl Biro, Respondent, v. Salvatore Lembo, Defendant, and Palc Holding & Developing Co., Inc., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

Rebecca G. Bowen, Respondent, v. Paul A. Horgan, as Residuary Legatee under the Last Will and Testament of Alphonsus L. Poole, Deceased, Substituted in Place and Stead of Alphonsus L. Poole, and Others, Defendants, Impleaded with Dina K. Poole, Respondent, and Samuel Goldinger and Philip Kanter, Assignees of Purchaser, Appellants.— Order denying motion to direct the referee to complete the terms of sale, dated May 9, 1929, upon the assignees complying with the terms thereof, affirmed, with ten dollars costs and disbursements. The laches of the Trachson Building Corporation and its assignees, the appellants, in completing the purchase relieves the referee from the duty of complying with the original terms of sale. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

Meyer Buchman, Respondent, v. Theodore Prince and Others, Copartners Doing Business under the Firm Name and Style of Theodore Prince & Company, Appellants.— Order denying motion to dismiss complaint affirmed, with ten dollars costs and disbursements, defendants to have twenty days from service of a copy of the order herein within which to answer the complaint. We refrain at this time from a determination whether the so-called former action involving the counterclaim of the plaintiff's mother is *res judicata* as to the plaintiff's present suit. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

Louise Buscher, Respondent, v. John B. Gorman, as Supervisor of Roman Catholic Cemeteries, Diocese of Brooklyn, and Others, Appellants.*— Judgment affirmed, with costs. No opinion. Young, Kapper and Scudder, JJ., concur; Lazansky, P. J., and Hagarty, J., dissent and vote for reversal and a new trial.

Joseph Butzon, Respondent, v. Max Berger and George La Pasta, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.